United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00368-MJC
Mary Luz Cotto Naranjo  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 27, 2023      Form ID: ntcnfhrg      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Luz Cotto Naranjo, 405 Winters Ave, West Hazleton, PA 18202-3730 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2023 18:46:23 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5523838 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2023 18:46:30 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5523154 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 27 2023 18:47:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5523155 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2023 18:57:05 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5523156 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 27 2023 18:47:00 | Apple Card - GS Bank USA, PO Box 7247, Lockbox 6112, Philadelphia, PA 19170-6112 |
| 5523157 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2023 18:46:31 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5523158 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 27 2023 18:47:00 | FB&T/Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 5523159 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2023 18:46:22 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 5527388 | + | Email/Text: RASEBN@raslg.com | Mar 27 2023 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5523161 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2023 18:47:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 5523160 | + | Email/PDF: ebnotices@pnmac.com | Mar 27 2023 18:56:49 | Pennymac Loan Services LLC, 6101 Condor Dr - Ste 200, Moorpark, CA 93021-2602 |
| 5529099 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2023 18:47:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

Case 5:23-bk-00368-MJC    Doc 15    Filed 03/29/23    Entered 03/30/23 00:22:33    Desc
Imaged Certificate of Notice     Page 1 of 3

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2023           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Mary Luz Cotto Naranjo claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | |
|---|---|
| <div align="center">**UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA</div> | |
| In re:<br><br>Mary Luz Cotto Naranjo,<br><br>　　**Debtor 1** | Chapter　　13<br><br>Case No.　　5:23−bk−00368−MJC |

<div align="center">**Notice**</div>

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 27, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: May 4, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 27, 2023 |

ntcnfhrg (08/21)