United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                               Case No. 23-00368-MJC

Mary Luz Cotto Naranjo                                                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                            User: AutoDocke                                            Page 1 of 2
Date Rcvd: Feb 21, 2025                                    Form ID: 3180W                                         Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Luz Cotto Naranjo, 405 Winters Ave, West Hazleton, PA 18202-3730 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5523838 | + | EDI: AISACG.COM | Feb 21 2025 23:36:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5523838 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 21 2025 18:49:22 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5535365 | + | EDI: AISACG.COM | Feb 21 2025 23:36:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5535365 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 21 2025 18:49:06 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5523154 | + | EDI: GMACFS.COM | Feb 21 2025 23:36:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5523155 | + | Email/PDF: bncnotices@becket-lee.com | Feb 21 2025 18:49:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5531476 | | Email/PDF: bncnotices@becket-lee.com | Feb 21 2025 18:49:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5523156 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 21 2025 18:41:00 | Apple Card - GS Bank USA, PO Box 7247, Lockbox 6112, Philadelphia, PA 19170-6112 |
| 5523157 | + | EDI: CITICORP | Feb 21 2025 23:36:00 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5536455 | | EDI: CITICORP | Feb 21 2025 23:36:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5523158 | + | Email/Text: bankruptcy.handling@bankeasy.com | Feb 21 2025 18:42:00 | FB&T/Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 5523159 | + | EDI: JPMORGANCHASE | Feb 21 2025 23:36:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5523159 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 21 2025 18:48:21 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5527388 | + | Email/Text: RASEBN@raslg.com | Feb 21 2025 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5523161 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| Recip ID | Bypass Reason | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Feb 21 2025 18:41:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 5536064 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 21 2025 18:41:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5532878 | + | Email/PDF: ebnotices@pnmac.com | Feb 21 2025 18:49:19 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5523160 | + | Email/PDF: ebnotices@pnmac.com | Feb 21 2025 18:49:19 | Pennymac Loan Services LLC, 6101 Condor Dr - Ste 200, Moorpark, CA 93021-2602 |
| 5529099 | | EDI: Q3G.COM | Feb 21 2025 23:36:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor 1 Mary Luz Cotto Naranjo claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mary Luz Cotto Naranjo<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4444<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:23–bk–00368–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mary Luz Cotto Naranjo

2/21/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Case 5:23-bk-00368-MJC    Doc 35    Filed 02/23/25    Entered 02/24/25 00:24:46    Desc

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2